MONTAUK REALTY SECURITY CO., INC., Appellant, v. JOHN F. W. MANGELS, Respondent, and Others, Defendants. (Action No. 1.) — Order reversed upon the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; plaintiff's reply to counterclaim of defendant John F. W. Mangels to be served within ten days from service of a copy of the order entered herein. The motion should have been granted in the exercise of sound discretion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur. Settle order on notice.

ALTER MOZARSKY and WILLIAM LEVINE, Copartners, Doing Business under the Firm Name and Style of MOZARSKY AND LEVINE, Appellants, v. WHINSTON BROS., INC., and Others, Defendants, and HERMAN SCHNEIDER and Others, Respondents. (Appeal No. 1.) — Order canceling notice of lien, and order denying motion for reargument, affirmed, without costs. We follow *Kingston* v. *M. S. Construction Corporation* (249 N. Y. 533), being of the opinion that in its material respects the cases are not distinguishable. In the *Kingston* case, while the affiant's name does not appear at the inception of the verification, it does immediately indicate that the person sworn was the claimant named and mentioned " in the foregoing notice of lien." The motion for a reargument was properly denied, as the time within which to file a valid notice of lien had expired. (See *Tygart Valley Brewing Co.* v. *Vilter Mfg. Co.*, 184 Fed. Rep. 845.) Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Scudder, J., dissents.

ALTER MOZARSKY and WILLIAM LEVINE, Copartners, Doing Business under the Firm Name and Style of MOZARSKY AND LEVINE, Appellants, v. WHINSTON BROS., INC., and Others, Defendants, and HERMAN SCHNEIDER and Others, Respondents.* (Appeal No. 2.) — Order canceling notice of lien, and order denying motion for reargument, affirmed, without costs, upon authority of *Mozarsky* v. *Whinston Bros., Inc., No. 1* (*ante*, p. 642), decided herewith. Lazansky, P. J., Rich, Kapper and Carswell, JJ., concur; Scudder, J., dissents.

AGNES PONSROK, Respondent, v. THE CITY OF YONKERS, Appellant. ▌— Order of the County Court of Westchester county, and order as resettled, denying defendant's motion for judgment on the pleadings, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. While we recognize that this court has held in *Place* v. *City of Yonkers* (43 App. Div. 380) that a verification similar to the one at bar was sufficient, we are constrained, in light of the holding of the Court of Appeals in *Kingston* v. *M. S. Construction Corporation* (249 N. Y. 533), to hold that this verification is insufficient. We have not overlooked the fact that in the *Kingston* case the lienor was not named as the person who was sworn. It is our conclusion that the Court of Appeals meant to hold that there cannot be a verification without signature. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Scudder, J., dissents.